# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 20 CV 01638

**DATE FILED:** FEB 2 5 2020

**SIGNED BY:** JUDGE ENGELMAYER

**DATE SIGNED:** FEB 2 4 2020

## TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS